1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

6

7

8  COLUMBIA RIVERKEEPER, ET AL.,          )
                                          )        No. 2:17-cv-00289-RSM
              Plaintiffs,                 )
9                                         )
                                          )        ORDER GRANTING
              v.                          )        EXTENSION OF TIME TO ANSWER
10                                        )
   SCOTT PRUITT, ET AL.,                  )
11                                        )
              Defendants.                 )
12 ───────────────────────────           )

13        THIS MATTER having come before the Court upon the parties' Stipulated Motion for

14 Extension of Time to Answer, it is hereby ORDERED that the Motion is GRANTED, and that

15 Defendants' answer shall be due on May 15, 2017.

16        IT IS SO ORDERED this 28th day of April 2017.

17

18        ───────────────────────────
          RICARDO S. MARTINEZ
19        CHIEF UNITED STATES DISTRICT JUDGE

20

21        Presented by:

22        JEFFREY H. WOOD
          Acting Assistant Attorney General
          Environment & Natural Resources Division
23        U.S. Department of Justice

24

ORDER EXTENDING TIME                          United States Department of Justice
TO ANSWER (No. 2:17-cv-00289-RSM) - 1         Environmental Defense Section
                                              P.O. Box 7611
                                              Washington, D.C. 20044
                                              (202) 514-9277

1    */s/ Chloe H. Kolman*
     CHLOE H. KOLMAN
2    SARAH A. BUCKLEY
     Environmental Defense Section
3    P.O. Box 7611
     Washington, D.C.  20044
4    (202) 514-9277 (Kolman)
     (202) 616-7554 (Buckley)
5    chloe.kolman@usdoj.gov
     sarah.buckley@usdoj.gov
6
     *Counsel for Defendants*
7

8    */s/ Bryan Hurlbutt (with permission)*
     BRYAN HURLBUTT
9    (*pro hac vice pending*) (Idaho State Bar #8501)
     Advocates for the West
10   P.O. Box 1612
     Boise, ID  83701
11   (208) 342-7024 x206
     bhurlbutt@advocateswest.org
12
     */s/ Miles Johnson (with permission)*
13   MILES JOHNSON
     (WSBA No. 50741)
14   Columbia Riverkeeper
     111 Third Street
15   Hood River, OR  97031
     (541) 490-0487
16   miles@columbiariverkeeper.org

17   */s/ Richard A. Smith (with permission)*
     RICHARD A. SMITH
18   (WSBA No. 21788)
     Smith & Lowney, PLLC
19   2317 East John St.
     Seattle, WA  98112
20   (206) 860-2883
     rasmithwa@igc.org
21
     *Counsel for Plaintiffs*
22

23

24

ORDER EXTENDING TIME                    United States Department of Justice
TO ANSWER (No. 2:17-cv-00289-RSM) - 2   Environmental Defense Section
                                        P.O. Box 7611
                                        Washington, D.C. 20044
                                        (202) 514-9277