The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

COLUMBIA RIVERKEEPER, et al.,

    Plaintiffs,

v.

SCOTT PRUITT, et al.,

    Defendants.

No. 2:17-cv-00289-RSM

**ORDER ON JOINT MOTION TO EXTEND TIME**

The Court, having reviewed the parties' Joint Motion for Extension of Time, and good cause appearing, hereby APPROVES AND ADOPTS the Motion and GRANTS the extension of time. Plaintiffs' motion for summary judgment is due August 30, 2017. All other deadlines set in the Court's scheduling order (*Dkt. # 15*) remain in place.

IT IS SO ORDERED.

DATED this 7 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON JOINT MOTION TO EXTEND TIME
(No. 2:17-cv-00289-RSM) – 1

ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
208.342.7024

Presented by:

          */s/ Bryan Hurlbutt*
          BRYAN HURLBUTT
          (*pro hac vice*) (Idaho State Bar #8501)
          Advocates for the West
          P.O. Box 1612
          Boise, ID  83701
          (208) 342-7024 x206
          bhurlbutt@advocateswest.org

          *Counsel for Plaintiffs*


          */s/ Chloe H. Kolman*
          CHLOE H. KOLMAN
          Environmental Defense Section
          P.O. Box 7611
          Washington, D.C.  20044
          (202) 514-9277 (Kolman)
          chloe.kolman@usdoj.gov

          *Counsel for Defendants*

ORDER ON JOINT MOTION TO EXTEND TIME
(No. 2:17-cv-00289-RSM) – 2

ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
208.342.7024