UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLUMBIA RIVERKEEPER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREW WHEELER, et al.,<br><br>    Defendants. | Case No. C17-289 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND RULE 54(d) DEADLINE |

This matter comes before the Court on Plaintiffs' unopposed Motion to Extend the Rule 54(d) Deadline. Dkt. #53.

Having reviewed the relevant briefing and the record, the Court hereby finds that good cause exists and ORDERS that the Motion to Extend the Rule 54(d) Deadline (Dkt. #53) and the relief requested therein, is GRANTED. The deadline for filing motions under Federal Rule of Civil Procedure 54(d) is hereby extended to sixty (60) days after the date upon which judgment in this matter becomes final and non-appealable, such as after the result of the pending Ninth Circuit appeal and any remand to this Court.

DATED this 2nd day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO EXTEND RULE 54(d) DEADLINE - 1