UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 07 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLUMBIA RIVERKEEPER; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendants - Appellants. | No. 18-35982<br><br>D.C. No. 2:17-cv-00289-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered December 20, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7