The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| COLUMBIA RIVERKEEPER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WHEELER, et al.,[1] <br><br> Defendants. | No. 2:17-cv-00289-RSM <br><br> **ORDER GRANTING STIPULATED MOTION REGARDING TIMING OF TMDL ISSUANCE** <br><br> NOTE ON MOTION CALENDAR: April 10, 2020 |

THIS MATTER having come before the Court upon the parties' Stipulated Motion Regarding Timing of TMDL Issuance, it is hereby ORDERED that the Motion is GRANTED, and that the deadline for EPA to issue the TMDL described in this Court's Order of October 17, 2018, shall be extended to May 18, 2020.

---

[1] EPA Administrator Andrew R. Wheeler is automatically substituted for his predecessor in office pursuant to Fed. R. Civ. P. 25(d).

ORDER EXTENDING
TMDL ISSUANCE DATE
(No. 2:17-cv-00289-RSM) - 1

U.S. Dept. of Justice – Envtl. Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277

DATED this 14th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Chloe H. Kolman*
CHLOE H. KOLMAN
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277 (Kolman)
chloe.kolman@usdoj.gov

*Counsel for Defendants*


*/s/ Bryan Hurlbutt (with permission)*
BRYAN HURLBUTT
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024 x206
bhurlbutt@advocateswest.org

*Counsel for Plaintiffs*

ORDER EXTENDING
TMDL ISSUANCE DATE
(No. 2:17-cv-00289-RSM) - 2

U.S. Dept. of Justice – Envtl. Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9277