The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| COLUMBIA RIVERKEEPER, *et al.*, | ) | No. 2:17-cv-00289-RSM |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING** |
| v. | ) | **STIPULATED MOTION TO** |
| | ) | **EXTEND DEADLINE TO FILE** |
| ANDREW WHEELER, *et al*. | ) | **MOTION FOR ATTORNEYS** |
| | ) | **FEES AND COSTS** |
| Defendants. | ) | |
| _____ | ) | |

Having reviewed the Stipulated Motion to Extend Deadline to File Motion for Attorneys Fees and Costs, and finding good cause, the Court grants the motion. Accordingly, **IT IS ORDERED** that the deadline for Plaintiff Riverkeeper to file a motion for attorneys fees and costs under the Clean Water Act is hereby extended April 15, 2021.

DATED this 13th day of January, 2021.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING
DEADLINE
(No. 2:17-cv-00289-RSM) – 1

ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024

Presented by:

*/s/ Bryan Hurlbutt*
Bryan Hurlbutt, (*pro hac vice*) (ISB # 8501)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024 x206
bhurlbutt@advocateswest.org

*Attorney for Plaintiffs*

ORDER EXTENDING
DEADLINE
(No. 2:17-cv-00289-RSM) – 2

ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024