The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COLUMBIA RIVERKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WHEELER, *et al*. <br><br> Defendants. | No. 2:17-cv-00289-RSM <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEYS FEES AND COSTS** |

Having reviewed the Stipulated Motion to Extend Deadline to File Motion for Attorneys Fees and Costs, and finding good cause, the Court grants the motion. Accordingly, **IT IS ORDERED** that the deadline for Plaintiff Riverkeeper to file a motion for attorneys fees and costs under the Clean Water Act is hereby extended to August 15, 2021.

DATED this 30th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Bryan Hurlbutt*
Bryan Hurlbutt, (*pro hac vice*) (ISB # 8501)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024 x206
bhurlbutt@advocateswest.org

*Attorney for Plaintiffs*

ORDER EXTENDING DEADLINE
(No. 2:17-cv-00289-RSM) – 1

ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024