The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COLUMBIA RIVERKEEPER, IDAHO RIVERS UNITED, SNAKE RIVER WATERKEEPER, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and THE INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, *et al.*<br><br>Defendants. | No. 2:17-cv-00289-RSM<br><br>**NOTICE OF SETTLEMENT RE ATTORNEY FEES AND COSTS** |

Plaintiffs ("Riverkeeper") hereby provide notice that they entered into a Settlement Agreement with Defendants ("EPA"), resolving Plaintiffs' claim for attorney fees and litigation costs for the District Court and Ninth Circuit proceedings in this matter, and that EPA made the payment under the Settlement Agreement.

Riverkeeper, therefore, will no longer file a motion for attorney fees and costs with the Court. *See* ECF No. 77 (extending Riverkeeper's deadline to file fee motion to August 15, 2021).

NOTICE OF SETTLEMENT RE
ATTORNEY FEES & COSTS
(No. 2:17-cv-00289-RSM) – 1

ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024

Dated this 25th day of May, 2021.        By:

*/s/ Bryan Hurlbutt*
Bryan Hurlbutt (*pro hac vice*) (ISB #8501)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024 x206
bhurlbutt@advocateswest.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing notice and a proposed order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Chloe H. Kolman | Sarah Ann Buckley |
| chloe.kolman@usdoj.gov | sarah.buckley@usdoj.gov |

*/s/ Bryan Hurlbutt*
Bryan Hurlbutt